UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUSSEIN HASSAN HASSAN,

    Plaintiff,

v                                            Case No: 2:09-cv-10347
                                               Hon. Patrick J. Duggan

ADP,INC., and DEARBORN HEIGHTS
POLICE OFFICER DUDLEY #72, an individual,
Jointly and severally,

    Defendants.

---

| | |
|---|---|
| THE INDEPENDENCE LAW ASSOC., PLC | CUMMINGS, McCLOREY, DAVIS & ACHO, PLC |
| By: MOHAMED J. ZAHER (P52020) | By: GREGORY A. ROBERTS (P33984) |
| PAUL R. JONES (P42171) of counsel | Attorneys for Defendant Officer Dudley only |
| Attorneys for Plaintiff | 33900 Schoolcraft Road |
| 18551 West Warren, Suite 100 | Livonia, MI.  48150 |
| Detroit, MI.  48228 | 734-261-2400 |
| 313- 982-0010 | |
| | |
| BUTZEL LONG | FRANK G. BECKER (P25502) |
| James J. Giszczak (P46917) | Attorney for Plaintiff |
| Katherine Donohue Goudie (P62806) | 18501 W. 10 Mile Road |
| Attorneys for ADP, Inc. | Southfield, MI.  48075 |
| 150 W. Jefferson, Ste. 100 | (248) 569-4910 |
| Detroit, MI.  48226 | |
| 313-225-7000 | |

---

## ORDER OF DISMISSAL

At a session of said Court, held in
the City of Detroit, County of Wayne
State of Michigan on: September 29, 2009.

PRESENT: HON. PATRICK J. DUGGAN
                 U.S. DISTRICT COURT JUDGE

**IT IS HEREBY ORDERED,** pursuant to the stipulation of the parties herein, through their respective attorneys of record, that the above entitled cause of action be, and that same hereby is, dismissed, as to Defendant Officer Dudley only, with prejudice and without costs or attorney fees to any party hereto.

                              s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated:  September 29, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2009, by electronic and/or ordinary mail.

                              s/Marilyn Orem
                              Case Manager