UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

HUSSEIN HASSAN HASSAN,

      Plaintiff,                                      Case No. 2:09-cv-10347
                                                         Hon. Patrick J. Duggan

v.

ADP, INC. and DEARBORN HEIGHTS POLICE
OFFICER DUDLEY #72, an individual,
jointly and severally,

      Defendants.

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, having stipulated to the dismissal of this case with prejudice, and the Court being otherwise duly advised in the premises:

**IT IS HEREBY ORDERED** that this action, including all claims and counterclaims that were brought, or that could have been brought, related to the allegations made in this action, is dismissed with prejudice and with all parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

                      **s/Patrick J. Duggan**
                      **Patrick J. Duggan**
                      **United States District Judge**

**Dated: October 20, 2009**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on October 20, 2009, by electronic and/or ordinary mail.**

                      **s/Marilyn Orem**
                      **Case Manager**

APPROVED AS TO FORM AND SUBSTANCE:

FRANK G. BECKER PC                                BUTZEL LONG

/s/Frank G. Becker (w/consent)                    /s/Katherine Donohue Goudie
Frank G. Becker (P25502)                          Katherine Donohue Goudie (P62806)
18501 W. 10 Mile Road                             150 West Jefferson, Suite 100
Southfield, Michigan 48075                        Detroit, Michigan  48226
(248) 569-6925                                    (313) 225-7000
frankgbecker@yahoo.com                            goudie@butzel.com
Attorney for Plaintiff                            Attorney for Defendant ADP, Inc.